No. 94–8471.  ELLIOTT *v.* LYNN, SECRETARY, LOUISIANA DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 94–8472.  FREEMAN *v.* FLORIDA ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 94–8486.  MANN *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 94–8488.  MONTGOMERY *v.* THURMAN, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 94–8490.  LAKE *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 4th Jud. Dept.  Certiorari denied.

No. 94–8492.  SWORD *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 94–8493.  DAVIS *v.* PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 94–8494.  CROW *v.* OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 94–8495.  JOINER *v.* WISDOM ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 94–8496.  MINES *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 94–8499.  JARAMILLO *v.* NEW MEXICO.  Ct. App. N. M.  Certiorari denied.

No. 94–8502.  BARWICK *v.* CITY OF AURORA, COLORADO, ANIMAL CARE DIVISION.  C. A. 10th Cir.  Certiorari denied.

No. 94–8509.  BROWN *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 94–8514.  ROBINSON *v.* VIRGINIA.  Sup. Ct. Va.  Certiorari denied.